IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00117-MR-WCM

| | |
|---|---|
| **KAREN KLYMAN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **BUNCOMBE COUNTY DEPARTMENT** ) | |
| **OF HEALTH AND HUMAN SERVICES,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On May 11, 2023, the Court entered an Order denying without prejudice the Plaintiff's Application to proceed without the prepaying the costs associated with prosecuting the matter. [Doc. 3]. The Court directed the Plaintiff to refile her application using the "long form" version (AO 239), and the Clerk provided the Plaintiff with a copy of that form to submit. [Id.]. On June 6, 2023, the Plaintiff filed a "Response," objecting to the Court's directive requiring her to refile her Application using the AO 239 form. [Doc. 4]. Construing the Plaintiff's pleading as a motion for reconsideration, the Court overruled the Plaintiff's objections, denied her request for reconsideration, and directed her to file an Amended Application within

seven (7) days. [Doc. 5]. The Plaintiff was specifically warned that failure to do so would result in the dismissal of this action without prejudice. [Id.].

More than seven (7) days have now passed since the entry of the Court's Order, and the Plaintiff has failed to file an Amended Application as instructed. As such, this action will be dismissed without prejudice.

**IT IS, THEREFORE, ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is respectfully directed to terminate this civil action.

**IT IS SO ORDERED.**

Signed: June 27, 2023

Martin Reidinger
Chief United States District Judge