# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| KAREN KLYMAN, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:23-cv-00117-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| BUNCOMBE COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 28, 2023 Order.

June 28, 2023

Katherine Hord Simon, Clerk
United States District Court